UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TATE ANDERSEN,

    Plaintiff,

v.                                                                            Case No: 8:19-cv-571-T-36CPT

AFFORDABLE APPLIANCE, LLC,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on July 25, 2019 (Doc. 21). In the Report and Recommendation, Magistrate Judge Tuite recommends that the Court grant the parties' Joint Motion to Approve Settlement Agreement (Doc. 16). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). On July 26, 2019, counsel filed a Joint Notice of Non-Objection to Report and Recommendations. *See* Doc. 22.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 21) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion to Approve Settlement Agreement (Doc. 16) is **GRANTED.** The Settlement Agreement (Doc. 16, pages 6 - 12) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to terminate all pending motions and deadlines and close this case.

**DONE AND ORDERED** in Tampa, Florida on August 2, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record